674 A.2d 1050

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Jeffrey Harris FRANKEL, Respondent.**

**No. 205 Disciplinary Docket No. 3.**
**Disciplinary Board No. 93 DB 95.**

Supreme Court of Pennsylvania.

April 17, 1996.

*ORDER*

PER CURIAM.

AND NOW, this 17th day of April, 1996, there having been filed with this Court by Jeffrey Harris Frankel his verified

Statement of Resignation stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Jeffrey Harris Frankel be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.